George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:  503-236-0028
Attorney for Plaintiff, Kevin C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| Kevin C., | Civil Action No.:  3:20:-cv-01574-JR |
|---|---|
| Plaintiff, | ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $13,628.25 pursuant to Section 206(b)(1) of the Social Security Act, 42 USC 406(b)(1).  After credit is taken for EAJA fees paid in the amount of $4,526.09 and fees previously ordered per 42 USC 406(b) in the amount of $4,873.91, the net amount of the fee due plaintiff's counsel per this order is $4,988.25.

IT IS SO ORDERED:


Date:  8/21/2023          /s/ Jolie A. Russo
                          Jolie A. Russo
                          U.S. Magistrate Judge

Page 1 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028

Proposed Order submitted on August 19, 2023.:

/s/ George Wall

_____
George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland, OR 97232
Telephone: 503-236-0068
Facsimile:   503-236-0028
Attorney for Plaintiff, Kevin C.

Page 2 - ORDER AWARDING ATTORNEY FEES
PER 42 USC 406(b)

George J. Wall
Attorney at Law
825 NE 20th Ave., Ste. 330
Portland, OR 97232
Tel:  503-236-0068
Fax:  503-236-0028